UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:15-cr-5 WTL-CMM |
| ANGELA LAWSON, | ) |
| Defendant. | ) |

## INDICTMENT

### GENERAL ALLEGATIONS

At all times relevant to this indictment:

1. Owen County, Indiana, is a local government that received assistance in excess of $10,000 every calendar year under a federal program between January 1, 2010 and December 31, 2014.

2. ANGELA LAWSON ("LAWSON") served as the Auditor for Owen County from January 2005 through December 2012. LAWSON served as the Chief Deputy Auditor for Owen County from January 2013 through August 17, 2014. LAWSON also served on the Owen County Council from January 2013 through December 2014.

3. In the scope of her employment in the Owen County Auditor's office, LAWSON had the authority to authorize public expenditures on behalf of Owen County.

4. From March 1, 2010 through August 17, 2014, Owen County maintained a credit card account with WalMart bearing credit card number XXXX-XXXX-XXXX-8571. Separate credit cards were issued from this account for different authorized buyers, including credit card numbers 22 ("Card 22"), 54 ("Card 54"), 58 ("Card 58"), 59 ("Card 59"), and ("Card 61").

5. From March 1, 2010 through August 17, 2014, LAWSON used Card 22, Card 54, Card 58, Card 59, and Card 61 to pay for personal expenses. The personal expenses incurred by LAWSON included money spent on food, alcohol, gift cards, toys, groceries, jewelry, and vacations.

6. From March 1, 2010 through August 17, 2014, LAWSON used Owen County funds to pay for the personal expenditures that she had incurred using Card 22, Card 54, Card 58, Card 59, and Card 61.

These General Allegations are hereby incorporated by reference into Counts One through Five of this Indictment as if they were set forth in full therein.

## COUNT ONE
### (Theft Concerning Programs Receiving Federal Funds)

The Grand Jury charges that:

Beginning on March 1, 2010 and continuing until December 31, 2010, within the Southern District of Indiana, Terre Haute Division, ANGELA LAWSON, being an employee or agent of a local governmental agency, specifically Owen County, Indiana, did embezzle, steal, and intentionally misapply, money that was valued at $5,000 or more, and was owned by, or was under the care, custody, or control of such government entity; when such governmental entity, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance. Specifically, from March 1, 2010 through December 31, 2010, LAWSON embezzled approximately $36,720.18 from Owen County funds to pay for personal expenses that she incurred on Card 54, Card 58, Card 59, and Card 61.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT TWO
## (Theft Concerning Programs Receiving Federal Funds)

The Grand Jury further charges that:

Beginning on January 1, 2011 and continuing until December 31, 2011, within the Southern District of Indiana, Terre Haute Division, ANGELA LAWSON, being an employee or agent of a local governmental agency, specifically Owen County, Indiana, did embezzle, steal, and intentionally misapply, money that was valued at $5,000 or more, and was owned by, or was under the care, custody, or control of such government entity; when such governmental entity, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance. Specifically, from January 1, 2011 through December 31, 2011, LAWSON embezzled approximately $56,376.04 from Owen County funds to pay for personal expenses that she incurred on Card 22, Card 54, Card 58, Card 59, and Card 61.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT THREE
## (Theft Concerning Programs Receiving Federal Funds)

The Grand Jury further charges that:

Beginning on January 1, 2012 and continuing until December 31, 2012, within the Southern District of Indiana, Terre Haute Division, ANGELA LAWSON, being an employee or agent of a local governmental agency, specifically Owen County, Indiana, did embezzle, steal, and intentionally misapply, money that was valued at $5,000 or more, and was owned by, or was under the care, custody, or control of such government entity; when such governmental entity, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance. Specifically,

from January 1, 2012 through December 31, 2012, LAWSON embezzled approximately $80,847.03 from Owen County funds to pay for personal expenses that she incurred on Card 54, Card 58, Card 59, and Card 61.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT FOUR
### (Theft Concerning Programs Receiving Federal Funds)

The Grand Jury charges that:

Beginning on January 1, 2013 and continuing until December 31, 2013, within the Southern District of Indiana, Terre Haute Division, ANGELA LAWSON, being an employee or agent of a local governmental agency, specifically Owen County, Indiana, did embezzle, steal, and intentionally misapply, money that was valued at $5,000 or more, and was owned by, or was under the care, custody, or control of such government entity; when such governmental entity, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance.   Specifically, from January 1, 2013 through December 31, 2013, LAWSON embezzled approximately $79,240.51 from Owen County funds to pay for personal expenses that she incurred on Card 22, Card 58, Card 59, and Card 61.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNT FIVE
## (Theft Concerning Programs Receiving Federal Funds)

The Grand Jury charges that:

Beginning on January 1, 2014 and continuing until December 31, 2014, within the Southern District of Indiana, Terre Haute Division, ANGELA LAWSON, being an employee or agent of a local governmental agency, specifically Owen County, Indiana, did embezzle, steal, and intentionally misapply, money that was valued at $5,000 or more, and was owned by, or was under the care, custody, or control of such government entity; when such governmental entity, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance. Specifically, from January 1, 2014 through December 31, 2014, LAWSON embezzled approximately $56,415.04 from Owen County funds to pay for personal expenses that she incurred on Card 22, Card 58, and Card 61.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
Acting United States Attorney

By: _____
Bradley A. Blackington
Assistant United States Attorney