## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | 2:15-cr-0005-WTL-CMM |
| vs. | ) | |
| | ) | |
| ANGELA LAWSON, | ) | |
|     Defendant. | ) | |

### COURTROOM MINUTES FOR FEBRUARY 13, 2015
### HONORABLE CRAIG M. MCKEE, MAGISTRATE JUDGE

This matter is before the Court on an Indictment filed on February 11, 2015.

Parties appear for an initial hearing. Government is represented by AUSA, Bradley Blackington. Defendant appears in person and with FCD counsel, Joseph Cleary. Defendant submits a financial affidavit. The Court determines that the defendant does not have sufficient assets to pay for counsel and is eligible for court-appointed counsel. The Federal Public Defenders office may appoint an attorney other than Mr. Cleary. USPO is represented by Jennifer Considine and Stephanie Hood.

Government moves to unseal the case. The Court grants the motion and orders the Clerk to unseal the case. The defendant waives formal reading of the Indictment and the charges were summarized by the Court. The Defendant waives formal arraignment. The defendant is advised of her rights, charges, and possible penalties.

Rule 16 Disclosures must be completed by February 27, 2015.

Government is not seeking detention, therefore, the Defendant will be released under certain terms and conditions. See separate Order Setting Conditions of Release executed by the defendant and countersigned by the Court. The Court notes that paragraph (n) of the Order was inadvertently marked. The defendant is NOT required to submit to testing as outline in paragraph (n), of the Order Setting Conditions of Release. The defendant is ordered RELEASED pending processing by the US Marshal and compliance with all terms and conditions of the order.

Dated: February 13, 2015

_____
CRAIG M. MCKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution to:
Counsel of Record
USMS
USPO